UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO MARIO LAVADENZ, ) | CASE NO. SA CV 12-414-GAF (PJW) |
| ) | |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| ET AL., ) | |
| ) | |
| Respondents. ) | |

Pursuant to the Order filed herewith,

IT IS ADJUDGED that the Motion is denied and this action is dismissed with prejudice.

DATED: <u>March 22, 2012</u>.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Judgment.wpd